# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MONTRELL GREEN, )
               )
         Plaintiff, )
               )
      v. )           Civil Action No. 25-0176 (UNA)
               )
D.C. SUPERIOR COURT, )
               )
         Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint.  The application will be granted, and for the reasons stated below, the complaint will be dismissed.

Plaintiff purports to bring this action against the Superior Court of the District of Columbia, which appears to have closed several of plaintiff's cases.  *See* Compl. at 4.  He asks this Court to reopen them.  As a general rule, applicable here, this Court lacks jurisdiction to review the decisions or direct the actions of the Superior Court.  *See Richardson v. District of Columbia Court of Appeals*, 83 F.3d 1513, 1514 (D.C. Cir. 1996) (relying on *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983) and *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415, 416 (1923));  *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *aff'd*, No. 94-5079, 1994 WL 474995 (D.C. Cir. July 27, 1994), *cert. denied*, 513 U.S. 1150 (1995).

An Order is issued separately.


DATE: February 18, 2025                         RUDOLPH CONTRERAS
                                                  United States District Judge